# Exhibit C

KOR  ENG  CHN  JPN

SITEMAP   CONTACT US   CYBER AUDIT OFFICE

**ILJIN Diamond**

COMPANY | PRODUCTS | IR | PR | SERVICE    ILJIN GROUP

# COMPANY

## COMPANY

**About Us**
- Overview
- History
- Vision
- CI

CEO Message

Research & Development

Place of Business

INFORMATION LINK




## OVERVIEW



### GLOBAL LEADER OF THE SUPERHARD ABRASIVE MATERIAL INDUSTRY

In 1987, ILJIN Diamond was the first to develop industrial synthetic diamonds in Korea through an academy-industry cooperation with KIST (Korea Institute of Science and Technology). Since then, through continual reinvention of its technologies, we have firmly established our position as one of the 3 leading industrial diamond makers in the world

ILJIN Diamond made a full-scale entry into the market in the 1990s and, since then, has experienced tremendous growth, expanding into new value added areas, such as automotive, aviation, energy, semiconductor, and other industries. We have additionally expanded into the traditional markets of construction and machinery, based upon the global business marketing infrastructure already established in Europe, Japan, Americas, China, etc. In order to further our growth, we have entered the semi-tool business, in addition to the new leading edge material developments for high precision and hard machine material processing. We have also invested our best efforts into the development of new products to branch into the Oil & Gas industries.

Certified as the world's 'First Class Product Manufacturer' in 2007 by the Ministry of Knowledge and Economy, ILJIN Diamond was awarded the "Industrial Technology Contributor" prize in 2011 and was subsequently selected as a 'World Class 300' company in 2012. Based on the pioneering



technology accumulated over the past 30 years, we are now striving to be a global leader in the Advanced Materials Industry. By achieving high quality and diversity in our technology and products, we aim to expand, rather than to stay simply as the leader of the Super abrasive Material Industry.

Going forth, by addressing the various needs of our valued customers and through continuous technological advancements, we will become a global leading company in the Advanced Materials Industry.

**ADDRESS**

45, Mapo-daero, Mapo-gu, Seoul

Sales Team: 02-707-9285 ,   HR: 02-707-9026
IR: 02-707-9083 ,   FAX: 02-707-9089

**ILJIN FAMILY**

© ILJIN DIAMOND CO., LTD. ALL RIGHT RESERVED.