# Exhibit D



# PRODUCTS

PCD
PCBN
Diamond Powder
CBN Powder
Tungsten Carbide
**PDC**
    PDC

# PDC

**Polycrystalline Diamond Compact**

1 / 3

Catalog        MSDS/ROHS

Contacts Us     Q&A

PDC products of ILJIN Diamond have excellent durability, wear resistance, impact resistance and thermal resistance, saving the total drilling time.

They contribute to increasing injection efficiency, reducing costs and enhancing productivity in the Oil & Gas industry.

**Process**

Drilling

**Workpiece**

Downhole (Oil & Gas)

ADDRESS
45, Mapo-daero, Mapo-gu, Seoul

Sales Team: 02-707-9285 ,   HR: 02-707-9026
IR: 02-707-9083 ,   FAX: 02-707-9089

ILJIN FAMILY

© ILJIN DIAMOND CO., LTD. ALL RIGHT RESERVED.