AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| US Synthetic Corporation | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 4:20-cv-03968 |
| Iljin Diamond Co., Ltd., et al | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Iljin USA Inc.
15995 N. Barkers Landing Rd. #310,
Houston, Texas 77079

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Miranda Y. Jones
Porter Hedges LLP
1000 Main St., 36th Floor
Houston, Texas 77002
mirandajones@porterhedges.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: November 24, 2020

*David J. Bradley, Clerk of Court*

s/ Jacqueline Mata
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:20-cv-03968

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

**RETURN / AFFIDAVIT PROOF / ATTACHED**

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

Server's signature

Printed name and title

Server's address

Additional information regarding attempted service, etc:

[ Print ]   [ Save As... ]                                                        [ Reset ]

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Texas

Case Number: 4:20-CV-03968

Plaintiff:
**US Synthetic Corporation**

vs.

Defendant:
**Iljin Diamond Co., Ltd.**

Received these papers on the 2nd day of December, 2020 at 11:07 am to be served on **ILJIN USA INC. By Delivering To Registered Agent Ha-Young Yoo Or President/Director, WOOSUK CHUNG, 15995 N. BARKERS LANDING ROAD, #310, HOUSTON, TX 77079.**

I, ALEXANDRA TEDDER, being duly sworn, depose and say that on the **2nd day of December, 2020** at **2:08 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT FOR JURY DEMAND, CIVIL COVER SHEET, WITH EXHIBITS, WAIVER OF THE SERVICE OF SUMMONS, ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES, AND COURT PROCEDURES AND PRACTICES OF JUDGE ALFRED H. BENNETT, NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS TO any officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of processon behalf of Iljin China Co., Ltd., WAIVER OF THE SERVICE OF SUMMONS, COMPLAINT AND JURY DEMAND WITH EXHIBITS, WAIVER OF THE SERVICE OF SUMMONS, ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES, AND COURT PROCEDURES AND PRACTICES OF JUDGE ALFRED H. BENNETT, NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS TO any officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process on behalf of Iljin Diamond Co., Ltd., WAIVER OF THE SERVICE OF SUMMONS, COMPLAINT AND JURY DEMAND WITH EXHIBITS, WAIVER OF THE SERVICE OF SUMMONS, ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES, AND COURT PROCEDURES AND PRACTICES OF JUDGE ALFRED H. BENNETT,, NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS TO any officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process on behalf of Iljin Diamond Co., Ltd.., WAIVER OF THE SERVICE OF SUMMONS, COMPLAINT AND JURY DEMAND WITH EXHIBITS, WAIVER OF THE SERVICE OF SUMMONS, ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES, AND COURT PROCEDURES AND PRACTICES OF JUDGE ALFRED H. BENNETT, NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS TO any officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process on behalf of Iljin Europe GmbH.., WAIVER OF THE SERVICE OF SUMMONS, COMPLAINT AND JURY DEMAND WITH EXHIBITS, WAIVER OF THE SERVICE OF SUMMONS, ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES, AND COURT PROCEDURES AND PRACTICES OF JUDGE ALFRED H. BENNETT, NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS TO any officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of processon behalf of Iljin Holdings Co., Ltd.., WAIVER OF THE SERVICE OF SUMMONS, COMPLAINT AND JURY DEMAND WITH EXHIBITS, WAIVER OF THE SERVICE OF SUMMONS, ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES, AND COURT PROCEDURES AND PRACTICES OF JUDGE ALFRED H. BENNETT, NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS TO any officer, a managing or general agent, or any other agent authorized by**

## AFFIDAVIT OF SERVICE For 4:20-CV-03968

appointment or by law to receive service of process on behalf of Iljin Japan Co., Ltd.., WAIVER OF THE SERVICE OF SUMMONS, COMPLAINT AND JURY DEMAND WITH EXHIBITS, WAIVER OF THE SERVICE OF SUMMONS, ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES, AND COURT PROCEDURES AND PRACTICES OF JUDGE A with the date and hour of service endorsed thereon by me, to: **HENRY YOO as DIRECTOR AND AUTHORZED AGENT FOR SERVICE** for **ILJIN USA INC. By Delivering To Registered Agent Ha-Young Yoo Or**, at the address of: **15995 N. BARKERS LANDING ROAD, #310, HOUSTON, TX 77079**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 54, Sex: M, Race/Skin Color: Asian, Height: 5'6", Weight: 140, Hair: Black, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 2nd day of December, 2020 by the affiant who is personally known to me.

NOTARY PUBLIC

**ALEXANDRA TEDDER**
Process Server

Our Job Serial Number: DNE-2020001133
Ref: 3370181



Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1p

DONNIE DENKINS MORELAND, SR.
Notary Public, State of Texas
Comm. Expires 03-10-2023
Notary ID 125315149