IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| US SYNTHETIC CORPORATION,<br><br>*Plaintiff*,<br><br>vs.<br><br>ILJIN DIAMOND CO., LTD.; ILJIN HOLDINGS CO., LTD.; ILJIN USA INC.; ILJIN EUROPE GMBH; ILJIN JAPAN CO., LTD.; ILJIN CHINA CO., LTD.,<br><br>*Defendants*. | CASE NO. 4:20-CV-03968-AHB |

## DEFENDANT ILJIN USA INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Paragraph 2 of the Order For Conference and Disclosure of Interested Parties (Dkt. No. 8), Defendant Iljin USA Inc. ("Iljin USA") identifies that Iljin USA, is a wholly owned subsidiary of Iljin Diamond Co., Ltd. ("Iljin Diamond") and that Iljin Holdings Co. Ltd. owns more than 10% of Iljin Diamond's stock.  There are no other known persons or entities that are financially interested in this litigation.

The known attorneys of record include Elizabeth M. Chiaviello, Eric S. Namrow, and Stephanie L. Roberts of Morgan, Lewis & Bockius LLP for Defendants, and Miranda Jones, Erin C. Villasenor of Porter Hedges LLP, and James R. Barney, Mareesa A. Frederick, Kelly S. Horn and Alexander E. Harding and Daniel C. Cooley of Finnegan, Henderson Farabow, Garrett & Dunner LLP for Plaintiff.

Dated: December 23, 2020

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Elizabeth M. Chiaviello*
Elizabeth M. Chiaviello
Texas Bar No. 24088913
Southern District of Texas No. 3097493
1000 Louisiana Street
Suite 4000
Houston, TX  77002
Tel.  +1.713.890.5000
Fax:  +1.713.890.5001
Email: elizabeth.chiaviello@morganlewis.com

And

Of Counsel:
Eric S. Namrow*
D.C. Bar No. 467235
eric.namrow@morganlewis.com
Stephanie L. Roberts*
D.C. Bar No. 989808
stephanie.roberts@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T: (202) 739-5296
F: (202) 739-3001

**Pro hac to be filed*

**COUNSEL FOR DEFENDANT ILJIN USA INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2020 a true and correct copy of the foregoing document was served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF filing system.

*/s/ Elizabeth M. Chiaviello*
Elizabeth M. Chiaviello
